IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SHAWN A. MCGUIRE, | |
|---|---|
| Petitioner, | 4:18CV3102 |
| vs. | |
| BRAD HANSEN, Warden; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to File and Submit an Exhibit. ([Filing No. 10](#).) Petitioner's motion attaches a copy of an order of the District Court of Douglas County, Nebraska dated February 19, 2019, overruling Petitioner's motion for postconviction DNA testing. (*Id.* at CM/ECF pp. 4–7.) Petitioner seeks to have the Douglas County District Court order included in the record of this case. Upon consideration, the court will grant Petitioner's motion and will consider the state court order attached to Petitioner's motion to the extent it is relevant to his habeas claims. Accordingly,

IT IS ORDERED that Petitioner's Motion for Leave to File and Submit an Exhibit ([filing no. 10](#)) is granted as set forth in this Memorandum and Order.

Dated this 8th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge