IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN A. MCGUIRE, | |
| Petitioner, | 4:18CV3102 |
| vs. | |
| BRAD HANSEN, Warden; | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 22.) Petitioner filed a Notice of Appeal (filing no. 21) on February 12, 2020. Petitioner appeals from the court's Memorandum and Order and Judgment dated February 4, 2020. (Filing Nos. 19 & 20.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing no. 22) is granted.

Dated this 13th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge